# Court of Appeals
## Tenth Appellate District of Texas

### 10-25-00321-CR

Jimmy Wayne Hughes,
Appellant

v.

The State of Texas,
Appellee

On appeal from the
66th District Court of Hill County, Texas
Judge Lee Harris, presiding
Trial Court Cause No. F001-20

CHIEF JUSTICE JOHNSON delivered the opinion of the Court.

## MEMORANDUM OPINION

Appellant appeals from a conviction for which his sentence was imposed on January 19, 2022 and signed by the trial court on that same date. Appellant wrote a *pro se* letter to this Court asking to appeal the judgment which was filed by this Court on September 8, 2025.

As applicable to this proceeding, the notice of appeal must have been filed within 30 days after the sentence is imposed or suspended in open court. TEX. R. APP. P. 26.2(a)(1). The notice of appeal was not timely.

Accordingly, this appeal is dismissed for want of jurisdiction. *See* TEX. R. APP. P. 26.2(a)(1).

MATT JOHNSON
Chief Justice

OPINION DELIVERED and FILED: October 10, 2025

Before Chief Justice Johnson,
      Justice Smith, and
      Senior Chief Justice Rose[1]
Appeal dismissed
Do not publish
CRPM



---

[1] The Honorable Jeff Rose, Senior Chief Justice (Retired) of the Third Court of Appeals, sitting by assignment of the Chief Justice of the Supreme Court of Texas.